UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    25-80476 |
| ROBERT JOHN SAM, JR. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CHAPTER 7 PROCEEDING

THIS CAUSE coming to be heard upon the Trustee's Motion to Dismiss this petition filed under Chapter 7 of Title 11 of the United States Bankruptcy Code, the Court after considering this Motion, the pleadings on file, and being fully advised in the premises:

IT IS HEREBY ORDERED that this petition be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 04, 2025

**Prepared by:**

Brian A. Hart
Attorney at Law
5702 Elaine Dr., Suite 204
Rockford, IL 61108-2475
815-708-0234 | Brian@rockfordbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| **IN RE:** | CHAPTER 7 BANKRUPTCY |
| Robert John Sam, Jr. | |
| **Debtor(s)** | Case No. 25-80476 |

## NOTICE OF MOTION TO DISMISS

Notified via Electronic filing:           Adam G. Brief - Office of the U.S. Trustee
Notified via U.S. Postal Service:       See attached list

PLEASE TAKE NOTICE that on **June 4, 2025, at 11:00 a.m.,** I will appear before the Honorable Thomas Lynch, or any judge sitting in that judge's place, **either** in Courtroom 3100 of the U.S. Bankruptcy Court, Western Division, 327 South Church Street, Rockford, Illinois 61101, **or** electronically as described below, and present the **Trustee's Motion to Dismiss,** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: May 8, 2025                        _/s/ Brian A. Hart_
                                       Brian A. Hart, Attorney at Law
                                       5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475
                                       (815) 708-0234 | Brian@rockfordbankruptcy.com

## CERTIFICATE OF SERVICE

I, Colleen M. Lemek,

☐ an attorney, certify

- or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on May 8, 2025, at or before 5:00 p.m.

                              _/s/ Colleen M. Lemek_

```
BKA HOLDINGS LLC                 Robert John Sam Jr           MELISSA NOBLE
330 W ELM ST.                    639 Stonegate Dr.            330 W ELM ST.
SYCAMORE, IL 60178-1848          Sycamore, IL 60178-8943      SYCAMORE, IL 60178-1848


YENDO INC                        YENDO
ATTN BANKRUPTCY DEPARTMENT        3309 ELM ST SUITE 340
3309 ELM STREET                  DALLAS, TX 75226
#340
DALLAS, TX 75226-1637
```

IN THE UNITED STATES BANKRUPTCY
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Robert John Sam, Jr. | CASE NO.: 25-80476 |
| Debtor(s) | JUDGE THOMAS M. LYNCH |

## <u>MOTION TO DISMISS</u>

NOW COMES Brian A. Hart, Trustee, by his attorney, Brian A. Hart, and moves this Court to dismiss this case and in support thereof, states as follows:

1.      The Debtor(s) herein filed for voluntary relief on April 15, 2025.

2.      Brian A. Hart is the duly appointed and acting Trustee.

3.      The Court has jurisdiction over the parties hereto and the subject matter herein pursuant to 28 U.S.C. §§ 1334 and 157, and Local Rule 40.3.1.

4.      11 U.S.C. § 109 codifies who may be debtor in various chapters of the United States Bankruptcy Code.  Specifically, 11 U.S.C. § 109(h)(1) states in part, "an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing . . ."

5.      As previously stated, the case herein was filed on April 15, 2025.  On May 7, 2025, the Debtor filed a certificate of credit counseling at Dkt. No. 22, a copy of which is attached hereto as Exhibit A.

6.      According to the Certificate of Counseling, the Debtor receives his credit counseling from Consumer Credit Counseling Service of Northern Illinois, Inc., on May 7, 2025, well after the petition filing date.

7.     11 U.S.C. § 521 enumerates various duties of a debtor upon the filing of a petition under the United States Bankruptcy Code.  In particular 11 U.S.C. § 521(e)(2)(A)(i) states that at least seven days before the date first set for the first meeting of creditors, the debtor must provide copies of the Federal income tax return required under applicable law.  The § 341 meeting in this case is scheduled for May 13, 2025.  Therefore, the tax returns were required to be provided no later than May 6, 2025.

8.     11 U.S.C. § 521(e)(2)(B) states, "If the debtor fails to comply . . . the court shall dismiss the case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor."

9.     11 U.S.C. § 521(a)(1)(B)(iv) requires the debtor to provide copies of all evidence of payment received within 60 days before the date of the filing of the petition.  As of May 8, 2025, the Debtor has failed to provide said documents.

10.     The Debtor's petition indicates that he has not filed any prior bankruptcies within the last eight years.  During open court, the Debtor has indicated that he has filed prior cases.

11.     On May 6, 2025, at Dkt. No. 19, the Debtor filed Schedules including Schedule I in which he indicates his only household income is $1,000.

12.     Given that the Debtor's household income does include income not listed and the fact that the Debtor has filed prior cases, the Petition and Schedule I should have been amended as required.

13.     As of May 8, 2025, no amendments have been filed.

14.     In Debtor's prior case which was dismissed, the Debtor had unpaid filing fees.

15.     According to General Order 25-01 of the United States Bankruptcy Code for the

2

Northern District of Illinois executed on April 15, 2025, if a debtor owed filing fees at the time of the dismissal of a case, those fees are immediately due and payable. As of May 8, 2025, the unpaid filing fees in the prior case have not been paid.

16.     General Order 25-01 indicates that failure to pay prior fees is grounds for dismissal of a new case.

WHEREFORE, Brian A. Hart, Trustee, moves that this petition be dismissed for the reasons stated herein and for such other and further relief as is just.

Brian A. Hart, Trustee

By:  BRIAN A. HART, his attorney

By: ___*/s/ Brian A. Hart*_____

Brian A. Hart
Attorney at Law
5702 Elaine Drive, Suite 204
Rockford, IL  61108-2475
(815) 708-0234 | Brian@rockfordbankruptcy.com

3

**EXHIBIT**

**_A_**

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**5/7/2025**

**JEFFREY P. ALLSTEADT, CLERK**

Certificate Number: 03484-ILN-CC-039636033



03484-ILN-CC-039636033

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 7, 2025</u>, at <u>9:56</u> o'clock <u>AM CDT</u>, <u>Robert Sam</u> received from <u>Consumer Credit Counseling Service of Northern Illinois, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:  <u>May 7, 2025</u>           By:  *Peggy Sarbaugh*

Name:  <u>Peggy Sarbaugh-McNally</u>

Title:  <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 25-80476-TML

Robert John Sam, Jr                                                                       Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3                  User: admin                              Page 1 of 1

Date Rcvd: May 09, 2025            Form ID: pdf011                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

**Recip ID**               **Recipient Name and Address**
db                  + Robert John Sam, Jr, 639 Stonegate Dr., Sycamore, IL 60178-8943

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

**Name**                       **Email Address**

Adam G. Brief

                                 ustpregion11.md.ecf@usdoj.gov

Brian Hart

                                 brian@rockfordbankruptcy.com  colleenlemek@comcast.net,I009@ecfcbis.com

TOTAL: 2