Robert John Sam Jr

Plaintiff,

v.

Case No.: 1:25−cv−13867
Honorable Martha M. Pacold

Christopher Nicholas Cronauer, et al.

Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [14]. (lj, )