FILED

12/17/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

25CV50517

Robert John Sam Jr

                              Plaintiff,

v.                             Case No.: 1:25–cv–13867

                             Honorable Martha M. Pacold

Christopher Nicholas Cronauer, et al

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

                             Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [14]. (lj, )